IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 12-cv-02646-RBJ-KLM

DENNIS BURNS,

    Plaintiff,

v.

ANTHONY LEDRU and
VICTORIA ALIANELLI,

    Defendants.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

The Court, having reviewed the Stipulation of Dismissal with Prejudice [ECF No. 33] and being duly apprised of the premises, hereby orders that this case be dismissed with prejudice. Each side to bear their own costs and fees.

DATED this 2nd day of October, 2014.

BY THE COURT:

*/s/ Brooke Jackson*
_____
R. Brooke Jackson
United States District Judge

1